IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HARVEY A. BATTLES                                                                                          PETITIONER

v.                                              4:08CV00446JMM/HLJ

FAULKNER COUNTY
CIRCUIT COURT, et al.                                                                                   RESPONDENTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 21st day of July, 2008.

_____
United States District Judge